# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

| | |
|---|---|
| Eastlake Investments, LLC | Bankruptcy Case No. 19-42309 |
| | Honorable Thomas J. Tucker |
| Debtor. | Chapter 7 |
| | |
| FRED J. DERY, Chapter 7 Trustee, | Adversary Proceeding No. 19-04307 |
| | Hon. Thomas J. Tucker |
| Plaintiff, | |
| v. | |
| LONG LAKE REALTY GROUP, LLC, a Michigan limited liability company, DEAN J. GROULX, an individual, and WENDY A. GRIMALDI-GROULX, an individual | |
| Defendants. | |

## STIPULATION FOR ENTRY OF ORDER ADJOURNING DEADLINE FOR PARTIES TO COMPLETE MEDIATION

NOW COMES Chapter 7 Trustee, Fred J. Dery, (the "Trustee"), Long Lake

Realty Group, LLC, Dean J. Groulx, and Wendy A. Grimaldi-Groulx (collectively,

the "Defendants"), each by and through their undersigned counsel who do hereby

stipulate to the entry of the attached order and request an adjournment of the deadline

for the parties to mediate in the above captioned proceeding due to the current

exigent circumstances created by COVID-19 and the health interests of the parties

and attorneys in this matter.

Approved as to form and content.

| STEVENSON & BULLOCK, P.L.C. | FRANK & FRANK, PLLC |
|---|---|
| By: /s/ Elliot G. Crowder<br>Elliot G. Crowder (P76137)<br>Counsel for Trustee<br>26100 American Drive, Suite 500<br>Southfield, MI 48034<br>Phone: (248) 354-7906<br>Facsimile: (248) 354-7907<br>Email: ecrowder@sbplclaw.com | By: /s/ Jerome D. Frank<br>Jerome D. Frank (P13634)<br>Counsel for Defendants<br>30833 Northwestern Highway, Suite 205<br>Farmington Hills, MI 48334<br>Phone: (248) 932-1440<br>Facsimile: (248) 932-1443<br>Email: jfrank@frankfirm.com |
| Dated: March 23, 2020 | Dated: March 23, 2020 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

| | |
|---|---|
| Eastlake Investments, LLC<br><br>Debtor. | Bankruptcy Case No. 19-42309<br>Honorable Thomas J. Tucker<br>Chapter 7 |
| FRED J. DERY, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>LONG LAKE REALTY GROUP, LLC, a Michigan limited liability company, DEAN J. GROULX, an individual, and WENDY A. GRIMALDI-GROULX, an individual<br><br>Defendants. | Adversary Proceeding No. 19-04307<br>Hon. Thomas J. Tucker |

## ORDER ADJOURNING DEADLINE FOR PARTIES TO COMPLETE MEDIATION

This case is before the Court upon the stipulation of the parties filed on March 23, 2020. The Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for the parties to mediate is extended through and including **May 15, 2020**.