# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:** | |
| Eastlake Investments, LLC | Case No. 19-42309 |
| | Judge Thomas J. Tucker |
| Debtor. | Chapter 7 |
| | |
| | Adversary Proceeding No. 19-04307 |
| FRED J. DERY, Chapter 7 Trustee, | Judge Thomas J. Tucker |
| Plaintiff, | |
| v. | |
| LONG LAKE REALTY GROUP, LLC, a Michigan limited liability company, DEAN J. GROULX, an individual, and WENDY A. GRIMALDI-GROULX, an individual | |
| Defendants. | |

## ORDER EXTENDING DEADLINE
## FOR PARTIES TO COMPLETE MEDIATION

This case is before the Court on the stipulation of the parties filed on April 24, 2020 (Docket # 32). The Court finds good cause to enter this Order.

IT IS ORDERED that the current May 15, 2020 deadline for the parties to complete mediation is extended through and including June 30, 2020.

**Signed on April 24, 2020**



/s/ Thomas J. Tucker
───────────────────────────
Thomas J. Tucker
United States Bankruptcy Judge