# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>Eastlake Investments, LLC<br><br>Debtor. | Bankruptcy Case No. 19-42309<br>Honorable Thomas J. Tucker<br>Chapter 7 |
| FRED J. DERY, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>LONG LAKE REALTY GROUP, LLC, a Michigan limited liability company, DEAN J. GROULX, an individual, and WENDY A. GRIMALDI-GROULX, an individual<br><br>Defendants. | Adversary Proceeding No. 19-04307<br>Hon. Thomas J. Tucker |

## STIPULATION FOR ENTRY OF ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE AND WITHOUT COSTS

NOW COMES Chapter 7 Trustee, Fred J. Dery, (the "Trustee"), Long Lake Realty Group, LLC, Dean J. Groulx, and Wendy A. Grimaldi-Groulx (collectively, the "Defendants"), each by and through their undersigned counsel who do hereby stipulate to the entry of the attached order.

Approved as to form and content.

| | |
|---|---|
| **STEVENSON & BULLOCK, P.L.C.**<br><br>By: /s/ Elliot G. Crowder<br>Elliot G. Crowder (P76137)<br>Counsel for Plaintiff<br>26100 American Drive, Suite 500<br>Southfield, MI 48034<br>Phone: (248) 354-7906<br>Facsimile: (248) 354-7907<br>Email: ecrowder@sbplclaw.com<br><br>Dated: August 24, 2020 | **FRANK & FRANK, PLLC**<br><br>By: /s/ Jerome D. Frank<br>Jerome D. Frank (P13634)<br>Counsel for Defendants<br>30833 Northwestern Highway, Suite 205<br>Farmington Hills, MI 48334<br>Phone: (248) 932-1440<br>Facsimile: (248) 932-1443<br>Email: jfrank@frankfirm.com<br><br>Dated: August 24, 2020 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

| | |
|---|---|
| Eastlake Investments, LLC<br><br>Debtor. | Bankruptcy Case No. 19-42309<br>Honorable Thomas J. Tucker<br>Chapter 7 |
| FRED J. DERY, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>LONG LAKE REALTY GROUP, LLC, a Michigan limited liability company, DEAN J. GROULX, an individual, and WENDY A. GRIMALDI-GROULX, an individual<br><br>Defendants. | Adversary Proceeding No. 19-04307<br>Hon. Thomas J. Tucker |

## ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE AND WITHOUT COSTS

This case is before the Court upon the stipulation of the parties filed on August 24, 2020; the Court having approved a compromise between and among, *inter alios*, the Plaintiff and Defendants; and finding good cause to enter this Order.

NOW THEREFORE,

IT IS ORDERED that the above captioned adversary proceeding is dismissed with prejudice and without costs to either party.